UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIANO TAVAREZ, Individually, and On
Behalf of All Others Similarly Situated,

                              Plaintiff,

                    -against-

CRITICAL TELEPHONE APPLICATIONS, INC.,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __5/5/2022__

21 Civ. 9805 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's pre-motion letter. ECF No. 22.  Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **June 9, 2022**, Defendant shall file its motion to dismiss;
3. By **June 30, 2022**, Plaintiff shall file opposition papers; and
4. By **July 14, 2022**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: May 5, 2022
       New York, New York

ANALISA TORRES
United States District Judge